IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Case No. 14-cv-01482-KLM

ROGER T. REICH, ET AL.,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 25th day of June, 2015.

BY THE COURT:

_____
KRISTEN L. MIX, Magistrate Judge
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant