IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01482-KLM

ROGERT T. REICH, and
STEPHANIE BARRON

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [83] entered by the Honorable Kristen L. Mix on March 31, 2016, and incorporated herein by reference as if fully set forth, it is

    ORDERED that Plaintiffs' Motion to Apply Statutory Penalty [71] is GRANTED. Plaintiffs' Motion for Attorneys' Fees and Costs [73] is GRANTED in part, DENIED in part and DENIED without prejudice in part. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiffs Roger T. Reich and Stephanie Barron, and against Defendant American Family Mutual Insurance Company, in the amount of $1,055,810.35 ($15,714.63 [jury verdict for unpaid benefits] + $930,636.22 [statutory penalty] + $109,459.50 [attorneys' fees]), plus costs to be taxed in accordance with D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 31st day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Monique Ortiz
Monique Ortiz,
Deputy Clerk

APPROVED By: _____
United States Magistrate Judge